

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA BENNETT AND JAMES BENNETT,<br><br>                               Plaintiffs,<br><br>v.<br><br>THE UNITED STATES, et. al.,<br><br>                               Defendant. | Case No.:  26-cv-1403-BJC-BJW<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>**[ECF No. 11]** |

Pending before the Court is Plaintiffs' motion for reconsideration.  ECF No. 11. Plaintiffs ask the Court to vacate the order denying Plaintiffs' motion for summary judgment. ECF No. 9.  Plaintiffs seek reconsideration under Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure.  Rule 59(e) applies to motions to alter or amend a judgment, "in other words, a *final* order." *United States v. Martin*, 226 F.3d 1042, 1048 (9th Cir. 2000) (emphasis in original).  Rule 60(b) similarly provides relief from judgments, orders, or proceedings that are final. *Sch. Dist. No. 5 v. Lundgren*, 259 F.2d 101, 104 (9th Cir. 1958); *see also Nat'l Wildlife Fed'n v. Nat'l Marine Fisheries Serv.*, 886 F.3d 803, 816 (9th Cir. 2018) ("The word "final" in the Rule designates orders that terminate litigation and are subject to appeal.").  The order denying Plaintiff's motion for summary

judgment is not a final order. As such, Rules 59(e) and 60(b) are not applicable.

However, a party may apply for reconsideration of an order denying a motion, application, or petition in the Southern District of California. LR 7.1.i. The applicant must provide an affidavit that includes "what new or different facts and circumstances are claimed to exist which did not exist, or were not shown, upon such prior application." *Id.* Courts often utilize the standards of Rules 59(e) and 60(b) when addressing motions for reconsideration. *Kroutik v. Rajic*, 2025 WL 3558843, at *1 (S.D. Cal. Dec. 11, 2025). A court may grant reconsideration under Rule 59(e), when it is "presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999). Rule 60 allows for reconsideration for (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence; (3) fraud or misrepresentation; (4) the judgment is void; (5) the judgment has been satisfied; or (6) any other reason justifying relief. FED. R. CIV. P. 60(b). Reconsideration is left to the sound discretion of the court. *Navajo Nation v. Confederated Tribes & Bands of the Yakama Indian Nation,* 331 F.3d 1041, 1046 (9th Cir. 2003).

Plaintiffs contend the Court erred in determining it is required to wait until Defendants respond to the complaint before considering a motion for summary judgment. Plaintiffs maintain their motion for summary judgment is meritorious and, therefore, the Court is required to grant the motion. Additionally, they argue the Court's reliance on the Advisory Committee comments was improper.

Contrary to Plaintiffs' contention, the Court did not determine it was required to wait before considering a motion for summary judgment. In the order denying Plaintiffs' motion for summary judgment, the Court recognized that Rule 56 permits summary judgment at the commencement of an action but found, here, the motion is premature. Plaintiffs appear to disagree with the Court's determination that summary judgment is premature. However, disagreement with the Court's order is insufficient to support reconsideration. *Hawaii Stevedores, Inc. v. HT & T Co.*, 363 F. Supp. 2d 1253, 1269 (D.

26-cv-1403-BJC-BJW

Haw. 2005).  Additionally, the Court's reliance on Advisory committee notes was not improper.  *See United States v. Vonn*, 535 U.S. 55, 64, n.6 (2002) (finding advisory committee notes "provide a reliable source of insight into the meaning of a rule").

Plaintiffs fail to demonstrate reconsideration is warranted.  Accordingly, the Court DENIES Plaintiffs' motion for reconsideration.

**IT IS SO ORDERED**.

Dated:  May 29, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1403-BJC-BJW